

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00480-CV

**NSC ELECTRONICS INC** (Sigmatron International Inc),
Appellant

v.

**VAL VERDE COUNTY APPRAISAL DISTRICT**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2021-0248-CIV
Honorable Roland Andrade, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's ruling is reversed, and the case is remanded for rendition of judgment in accordance with the parties' agreement. Costs of court for this appeal are taxed against parties evenly.

SIGNED April 12, 2023.

_____
Patricia O. Alvarez, Justice